UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO: 4:12-CR-00101-BO

| UNITED STATES OF AMERICA | } | |
|---|---|---|
| | } | |
| V. | } | ORDER TO SEAL |
| | } | |
| CYNTHIA L. MARQUEZ | } | |

On motion of the Defendant, and for good cause shown, It is hereby ORDERED the Defendant's Motion to Continue (DE 18) be sealed until further notice by this Court.

IT IS SO ORDERED.

This the 19 day of February, 2013.

*Terrence Boyle*
TERRENCE W. BOYLE
United States District Judge