UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:12-CR-101-1BO

| UNITED STATES OF AMERICA | } | |
|---|---|---|
| | } | |
| V. | } | ORDER TO SEAL |
| | } | |
| CYNTHIA MARQUEZ | } | |

On motion of the Defendant Cynthia Marquez, and for good cause shown, It is hereby ORDERED the Defendant's Sentencing Memorandum (DE 29) be sealed until further notice by this Court.

IT IS SO ORDERED.

This the 17 day of July, 2013.

TERRENCE W. BOYLE
United States District Judge